1  THOMAS R. BURKE (State Bar No. 141930)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California  94111
3  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
4  Email:  thomasburke@dwt.com

5  Attorneys for Plaintiffs
   NATIONAL PUBLIC RADIO, INC. and INA JAFFE

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 NATIONAL PUBLIC RADIO, INC. and       Case No. 19-cv-8872
   INA JAFFE,
12                                        **COMPLAINT FOR**
                                          **DECLARATORY AND**
13              Plaintiffs,               **INJUNCTIVE RELIEF FOR**
                                          **VIOLATION OF THE FREEDOM**
14       v.                               **OF INFORMATION ACT, 5 U.S.C.**
                                          **§ 552 et seq.**
15 CENTERS FOR MEDICARE AND
   MEDICAID SERVICES; U.S.
16 DEPARTMENT OF HEALTH AND
   HUMAN SERVICES,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

COMPLAINT FOR DECLARATORY RELIEF FOR VIOLATING FOIA
Case No. 19-cv-8872

1    Plaintiffs National Public Radio, Inc. and Ina Jaffe (collectively, "NPR"), by

2    their undersigned attorneys, allege as follows:

3                                    **INTRODUCTION**

4        1.        NPR brings this action under the Freedom of Information Act, 5 U.S.C.

5    § 552 *et seq*., as amended ("FOIA"), to enjoin the Centers for Medicare and

6    Medicaid Services and the U.S. Department of Health and Human Services from

7    continuing to improperly withhold agency records on antipsychotic drug use and the

8    names of corporate nursing home chains that the CMS has identified as using

9    antipsychotic medication at high rates at some 1,500 nursing homes across the

10   nation.  NPR also has been denied access to electronic data maintained by the CMS

11   on the diagnoses of schizophrenia by each Medicare certified skilled nursing facility

12   in the nation.  The information being withheld by the CMS will significantly

13   contribute to the public's understanding of the levels of schizophrenia in Medicare

14   certified skilled nursing facilities in the nation and also shed light on how the

15   government oversees the use of antipsychotics drugs in nursing homes, including the

16   CMS "National Partnership to Improve Dementia Care in Nursing Homes,"

17   affecting over a million patients.

18       2.        The Freedom of Information Act "focuses on the citizens' right to be

19   informed about 'what their government is up to,'" by requiring the release of

20   "[o]fficial information that sheds light on an agency's performance of its statutory

21   duties." *DOJ v. Reporters Comm. for Freedom of the Press*, 489 U.S. 749, 750, 773

22   (1989) (citation omitted).  "[D]isclosure, not secrecy, is the dominant objective" of

23   FOIA.  *Dep't of Interior v. Klamath Water Users Protective Ass'n*, 532 U.S. 1, 8,

24   (2001) (internal quotation marks and citations omitted).  NPR plays a critical role in

25   providing information to citizens about "what their government is up to."  Indeed,

26   the First Amendment's guarantee of freedom of the press is meant to enable

27   journalists to play an "essential role in our democracy," to "bare the secrets of

28

DAVIS WRIGHT TREMAINE LLP

1

COMPLAINT FOR DECLARATORY RELIEF FOR VIOLATING FOIA
Case No. 19-cv-8872

1   government and inform the people." *New York Times. Co. v. United States*, 403 U.S.

2   713, 717 (1971) (Black, J. concurring).

3         3.     Through its FOIA requests, NPR seeks to fulfill its journalistic function

4   and to shine a public light on activity of these federal agencies who are responsible

5   for the administration of health care services for tens of millions of Americans.

6   **PARTIES**

7         4.     Plaintiff National Public Radio, Inc. is a non-profit multimedia

8   organization and the leading provider of non-commercial news, information, and

9   entertainment programming to the American public.  NPR's fact-based, independent

10   journalism helps the public stay on top of breaking news, follow the most critical

11   stories of the day, and track complex issues over the long term.  NPR reaches

12   approximately 105 million people on broadcast radio, podcasts, and NPR.org per

13   month.  NPR distributes its radio broadcasts through more than 1,000 non-

14   commercial, independently operated radio stations, licensed to more than 260 NPR

15   members and numerous other NPR-affiliated entities.

16         5.     Plaintiff Ina Jaffe is a resident and citizen of the state of California and

17   a journalist who works as a Correspondent on NPR's National Desk from an office

18   in Culver City, California.

19         6.     Defendant Centers for Medicare and Medicaid Services ("CMS") is a

20   component of Defendant U.S. Department of Health and Human Services ("HHS"),

21   itself a component of the Executive Branch of the United States Government.

22   Defendants are each an "agency" within the meaning of 5 U.S.C. § 552(f).  Plaintiffs

23   are informed and believe that the CMS has possession and control of the records

24   sought by the requests.

25   **JURISDICTION**

26         7.     This Court has subject-matter jurisdiction over this action and personal

27   jurisdiction over the parties under 5 U.S.C. § 552(a)(4)(B), 5 U.S.C. § 701-706, and

28   28 U.S.C. § 1331.

DAVIS WRIGHT TREMAINE LLP

2

COMPLAINT FOR DECLARATORY RELIEF FOR VIOLATING FOIA
Case No. 19-cv-8872

**VENUE**

8.      Venue in the Central District of California is proper under 5 U.S.C. § 552(a)(4)(B) as Ms. Jaffe's work for NPR and her Requests to the CMS occurred in Los Angeles County.  For the same reason, venue also is proper under 28 U.S.C. § 1391(e).

**FACTS**

9.      Through a FOIA request sent by Ms. Jaffe on behalf of NPR on March 25, 2019, Ms. Jaffe requested access to certain documents that related to a CMS memo dated March 1, 2019.  https://www.cms.gov/Medicare/Provider-Enrollment-and-Certification/SurveyCertificationGenInfo/Downloads/QSO19-07-NH.pdf.  The CMS memo refers to approximately 1,500 nursing homes that the agency calls "late adopters," that CMS describes as "facilities that had not improved their antipsychotic medication utilization rates for long-stay nursing home residents since 2011Q4 and had high rates of usage."  In a March 25, 2019 request, Ms. Jaffe requested a list of those facilities and their locations – and CMS provided this information to NPR.  The March 1, 2019 memo also states, "CMS is also looking for opportunities to engage with corporate chains that have significant numbers of nursing homes identified as late adopters."  Based on this representation by CMS, as part of her March 25, 2019 request, Ms. Jaffe also requested that CMS produce documents that identify the corporate chains who own nursing homes identified by CMS as "late adopters."  Attached as Exhibit A is a copy of the request.  Through a second FOIA request also made on March 25, 2019, Ms. Jaffe also requested a copy of the December 2017 "Notification document" (also referenced in the March 1, 2019 memo) sent to corporate chains with large numbers of late adopter nursing homes.  The request also asked for any correspondence from individual nursing homes or corporate chains in response to these notifications, as well as CMS replies.  Attached as Exhibit B is a copy of the request.

DAVIS WRIGHT TREMAINE LLP

3

10. On March 26, 2019, through a third FOIA request sent by Ms. Jaffe on behalf of NPR, Ms. Jaffe requested access to "Federal Minimum Data Set (MDS) facility specific data on diagnoses of schizophrenia (I60000) by each Medicare certified skilled nursing facility in each of the 50 states and the District of Columbia for Q4 2011 and for Q3 2018." Ms. Jaffe requested access to this data in "user-friendly spreadsheet formats for each of these dates. Attached as Exhibit C is a copy of the request.

11. Also on March 26, 2019, through a fourth FOIA request sent by Ms. Jaffe on behalf of NPR, Ms. Jaffe requested access to "Federal Minimum Data Set (MDS) facility specific data on antipsychotic drug use NQ410A by each Medicare certified skilled nursing facility and Medicaid certified skilled nursing facility in each of the 50 states and the District of Columbia for Q4 2011 and for Q3 2018." Attached as Exhibit D is a copy of the request.

12. In all four of the FOIA requests, Ms. Jaffe also asked the CMS for a "waiver of all fees for this request."

13. In separate letters dated March 27, 2019 and April 9, 2019, the CMS acknowledged receipt of the March 26, 2019 FOIA requests. Attached as Exhibit E is a copy of this correspondence.

14. In a May 20, 2019 response to Ms. Jaffe's March 25, 2019 request, CMS stated that "After a careful search of the Centers for Medicare & Medicaid Services (CMS) files, i.e., a search reasonably calculated to locate records responsive to your request and employing reasonable standards, we were unable to locate any records." Attached as Exhibit F is a copy of this correspondence.

15. On July 9, 2019, Ms. Jaffe appealed the CMS's response to the March 25, 2019 FOIA request. Ms. Jaffe wrote: "It makes no sense that CMS says it is reaching out to work with corporate chains with large numbers of late adopter nursing homes and simultaneously says there are no documents that identify the chains that CMS is contacting." Attached as Exhibit G is a copy of the appeal. In

DAVIS WRIGHT TREMAINE LLP

4

1   an August 13, 2019 letter, Hugh Gilmore, Director of CMS's Freedom of

2   Information Group acknowledged receipt of this appeal.  Attached as Exhibit H is a

3   copy of this correspondence.  CMS has otherwise not responded to this appeal.

4         16.    As of the filing of this Complaint, over six months has elapsed since

5   NPR made its FOIA requests to the CMS.  Because the CMS's response to the

6   March 25, 2019 FOIA request is clearly mistaken and the agency has entirely failed

7   to respond to NPR's March 26, 2019 FOIA requests, Plaintiffs are deemed to have

8   exhausted their administrative remedies with respect to the requests under 5 U.S.C.

9   § 552(a)(6)(C)(i).

10                      **FIRST CAUSE OF ACTION**

11                      **(Violation of FOIA)**

12         17.    The CMS and HHS have a legal duty under FOIA to determine whether

13   to comply with a request within 20 days after receiving the request, and also has a

14   legal duty to immediately notify the requester of the agency's determination and the

15   reasons therefore.  Plaintiffs have a legal right under FOIA to obtain the agency

16   records they requested in their request, and there exists no legal basis for the CMS's

17   failure to respond to Plaintiffs' FOIA requests and to make these records available

18   to NPR.

19         18.    The CMS and HHS's failure to make promptly available the records

20   sought by Plaintiffs' requests violates FOIA, 5 U.S.C. § 552(a)(3)(A) and

21   (a)(6)(A)(ii), and applicable regulations promulgated thereunder.

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

COMPLAINT FOR DECLARATORY RELIEF FOR VIOLATING FOIA
Case No. 19-cv-8872

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs request the Court award them the following relief:

A.     Declare that the CMS and HHS violated FOIA in their response to NPR's FOIA requests;

B.     Order the CMS and HHS to immediately disclose the requested records to Plaintiffs and enter an injunction prohibiting the CMS and HHS from continuing to withhold the requested records;

C.     Order the CMS and HHS to immediately disclose any responsive records in its possession to Plaintiffs;

D.     Award Plaintiffs their reasonable costs and attorney's fees;

E.     Grant such further relief as the court may deem just and proper.

Dated:  October 15, 2019

                              Respectfully submitted,

                              DAVIS WRIGHT TREMAINE LLP

                              By:  /s/ *Thomas R. Burke*
                                     THOMAS R. BURKE

                              Attorneys for Plaintiffs
                              NATIONAL PUBLIC RADIO, INC. and
                              INA JAFFE

DAVIS WRIGHT TREMAINE LLP

6

COMPLAINT FOR DECLARATORY RELIEF FOR VIOLATING FOIA
Case No. 19-cv-8872