JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATIONAL PUBLIC RADIO, INC. and INA JAFFE,<br><br>Plaintiffs,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | No. CV 19-08872-DSF (JEMx)<br><br>**DISMISSAL ORDER**<br><br>Hon. Dale S. Fischer<br>United States District Judge |

1   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the
2   separately filed stipulation of the Parties, this action is dismissed with prejudice.
3   IT IS SO ORDERED.
4   DATED: October 26, 2020

*Dale S. Fischer* (signature)
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1